FILED
2020 Dec-03  AM 09:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

|  |  |
|---|---|
| MORRIS LYLE,<br><br>    Plaintiff,<br><br>v.<br><br>LOUIS SCIARONI,<br><br>    Defendant. | CIVIL ACTION NO. |

**NOTICE OF REMOVAL**

The United States of America, by and through Prim F. Escalona, United States Attorney for the Northern District of Alabama, and Sarah C. Blutter, Assistant U.S. Attorney, gives notice of removal of the above-captioned civil action pursuant to 28 U.S.C. § 1442(a)(1) and shows as follows:

1.    Louis Sciaroni, a Supervisory General Engineer at the U.S. Army Combat Capabilities Development Command (CCDC), Redstone Arsenal, is named as a Defendant in the above-captioned civil action now pending in the District Court of Madison County, Alabama, in Civil Action Case DV-2020-000153.00. (Exhibit 1). The action was filed on or about September 1, 2020, by *pro se* Plaintiff Morris Lyle, a General Engineer at the CCDC.

2.    Counsel for the United States and the U.S. Army received first notice of the said pending action on or about November 2, 2020.

1

3.     The Complaint alleges that Defendant Sciaroni wrote allegedly false or misleading information about Plaintiff in his official capacity as senior rater for Plaintiff's performance appraisal for the period July 1, 2019, through June 30, 2020.

4.     The United States has not waived sovereign immunity to permit any alleged cause of action or civil proceeding by Plaintiff to be commenced in State court based on actions of its supervisory employee's official duties while rating an employee of a United States agency.

5.     Under 28 U.S.C. § 1442, actions commenced in State court against federal officers or agencies can be removed to U.S. District Court for proper disposition. *See City of Jacksonville v. Dep't of Navy*, 348 F.3d 1307, 1310-1311 (11th Cir. 2003) (28 U.S.C. § 1442(a)(1) authorizes removal by the United States and its agencies to assert sovereign immunity). In this case, Plaintiff asserts that Mr. Sciaroni, a federal official, made false statements during his official duties of rating the Plaintiff. Thus, Section 1442 "grants independent jurisdictional grounds over cases involving federal officers where a district court otherwise would not have jurisdiction." *See Loftin v. Rush*, 768 F.2d 800, 804 (11th Cir. 1985).

6.     Federal law governs the ability of a federal officer such as Mr. Sciaroni, to be a defendant in a State court action, including this case arising out of Plaintiff's employment.

7.     The United States files herewith copies of the Summons and Complaint (Exhibit 1) in *Morris Lyle v. Louis Sciaroni*, Civil Action Case DV-2020-153 (Madison County, Alabama, District Court), which is all that it has received by way of process, pleadings, or orders to date.

7.     Pursuant to 28 U.S.C. § 1446(d), written notice of this removal will be provided to all parties, and a copy of this notice of removal will be filed with the Clerk of the District Court of Madison County, Alabama.

WHEREFORE, the aforesaid action is hereby removed from the District Court of Madison County, Alabama to the U.S. District Court for the Northern District of Alabama, Northeastern Division.

Respectfully submitted,

PRIM F. ESCALONA
UNITED STATES ATTORNEY

**s/ Sarah Blutter**
Sarah C. Blutter
State Bar No. 3276-v40e
Assistant United States Attorney
U.S. Attorney's Office
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2119 (telephone)
(205) 244-2181 (fax)
sarah.blutter@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2020, I filed the foregoing with the Clerk of Court using the CM/ECF system, and served it by first-class United States mail, properly addressed and postage prepaid to:

> Morris Lyle
> *Pro Se* Plaintiff
> P.O. Box 11392
> Huntsville, AL  35814
>
> Louis Sciaroni
> Attn: FCDD-AM-X
> 5400 Fowler Road
> Redstone Arsenal, AL  35898

> **s/ Sarah Blutter**
> Sarah C. Blutter
> Assistant United States Attorney

4

# Exhibit

# 1

Defendant's copy

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev. 4/2017 | SUMMONS<br>-CIVIL- | Court Case Number<br><br>DV2020-153 |
|---|---|---|

IN THE District _____ COURT OF Madison _____ COUNTY, ALABAMA
    *(Circuit, District, or Juvenile)*                *(Name of County)*

MORRIS Lyle                    v.    Louis Sciaroni
_____              _____
        *[Name(s) of Plaintiff(s)]*                    *[Name(s) of Defendant(s)]*

NOTICE TO: Louis Sciaroni; Attn: FCDD-AM-X 5400 Fowler Road; Redstone Arsenal, AL. 35898
                        *(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),    MORRIS Lyle                                WHOSE
                                *[Name(s) of Attorney(s)]*

ADDRESS(ES) IS/ARE:    PO Box 11392
                        Huntsville, AL 35814
                    *[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___14___ DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

---

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☒ Service by certified mail of this Summons is initiated upon the written request of MORRIS Lyle
                                                            *[Name(s)]*

pursuant to the Alabama Rules of Civil Procedure.

9/4/2020                    Debra Kizer    by: GTS
_____                _____    _____
*(Date)*                        *(Signature of Clerk)*            *(Name)*

☒ Certified Mail is hereby requested.        Morris Lyle
                                _____
                                *(Plaintiff's/Attorney's Signature)*

---

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
                                                        *(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
        *(Name of Person Served)*                *(Name of County)*

Alabama on _____.
                *(Date)*

_____    _____    _____
*(Type of Process Server)*        *(Server's Signature)*            *(Address of Server)*

                                _____    _____
                                *(Server's Printed Name)*            *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br><br>Form C-88 (front)    Rev. 6/96 | STATEMENT OF CLAIM<br>(Complaint)<br>District Civil (Except Small Claims and Detinue Actions) | Case Number<br>DV 2020 153 |
|---|---|---|

**IN THE DISTRICT COURT OF** _____ Madison _____ , **ALABAMA**
*(Name of County)*

| Morris Lyle | v. | Louis Sciaroni |
|---|---|---|
| **Plaintiff** | | **Defendant** Attn: FCDD-AM-X |

Home or Business Address: _____ P.O Box 11392 _____
Huntsville, AL 35814

Home or Business Address: _____ Attn: FCDD-AM-X _____
5400 Fowler Road; Redstone Arsenal, AL 35898

Home or Business Telephone Number: _____ (256) 479-0295 _____

Home or Business Telephone Number: _____ (256) 527-4683 _____

Name of Attorney: _____

Additional Defendant: _____

Business Address: _____

Business Telephone Number: _____

Date of
Filing ___ 1 September 2020 ___

### COMPLAINT

1. The plaintiff claims the defendant owes the plaintiff the sum of $ _____ 7200.00 _____ because: see attached
*(make a short and plain statement of the claim showing that the plaintiff is entitled to relief.)*

The plaintiff also claims from the defendant court costs in the sum of $ _____ 320 _____ , plus $ _____ 0 _____ for interest
and $ _____ 0 _____ for attorney's fees.

_____
Clerk

_____
Plaintiff or Plaintiff's Attorney (Signature)

**Clerk's Address:**
Debra Kizer, Circuit Clerk District Court Division
100 Northside Square, Huntsville, AL 35801

Attorney Code: _____

_____ 256-479-0295 _____
Plaintiff's or Plaintiff's Attorney's Phone Number

**Telephone Number :** 256-532-3622

### SUMMONS

To any sheriff or any person authorized by either Rules 4, 1(b)(2) of the Alabama Rules of Civil Procedure to perfect service:
You are hereby commanded to serve this summons and complaint upon the above-named defendant.

### NOTICE TO DEFENDANT

THE COMPLAINT SET OUT ABOVE IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOU RIGHTS. YOU ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT, TO THE PLAINTIFF (OR THE ATTORNEY FOR THE PLAINTIFF), AT THE ADDRESS NOTED ABOVE.

THIS ANSWER MUST BE MAILED OR HAND DELIVERED TO THE CLERK OF COURT AT THE ADDRESS BELOW WITHIN FOURTEEN (14) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. (YOU MUST FILE THE ORIGINAL ANSWER WITH CLERK OF THIS COURT).

Dated _____

_____
Clerk of Court

_____
Address of Clerk of Court

COURT RECORD (Original)        PLAINTIFF (Copy)        DEFENDANT (Copy)

| Form C-88 (back)    Rev. 6/96 | STATEMENT OF CLAIM (Complaint) |
|---|---|
| | District Civil (Except Small Claims and Detinue Actions) |

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ (date).

☐ I certify that I personally delivered a copy of this Statement of Claim (Complaint) at _____ on _____ and on _____ at _____, I served it on the above-named defendant by delivering a copy of the complaint.

Date _____, _____

_____
Sheriff/Deputy Sheriff/Process Server

DV20-153

False Light Claim
1 September 2020

References:

Exhibit A: Information Published by the Defendant about the Plaintiff - Senior Rater
Remarks
Exhibit B: Feedback from CCDC, HQ (i.e. narrative input from the Host Organization)
Exhibit C: 2-Star Note from the CCDC HQ, Commanding General
Exhibit D: Coin of Excellence from the CCDC HQ, Commanding General
Exhibit E: Plaintiff's Performance Appraisal
Exhibit F: Plaintiff's Grievance in Regards to Involuntarily Removal from LTPO

1. Factual Background

This is a false light claim, Plaintiff will evidence the following elements:

Element 1: The defendant published information about the plaintiff.
i.   See Exhibit A: Senior Rater Remarks

Element 2: The information portrayed the plaintiff in a false or misleading light.
ii.   See Exhibit A: Senior Rater Remarks. The defendant made false statements to which, he
had no firsthand knowledge, although, the Defendant received notification of feedback
from CCDC, HQ to the contrary via an email forwarded from the Defendant's
subordinate, S3I, Division Chief on 13 Jan 2020. (see Exhibit B).

Element 3: The information is highly offensive or embarrassing to a reasonable person of ordinary
sensibilities.
iii.   See Exhibit A: Senior Rater Remarks. This performance appraisal is critical for the
Plaintiff to find future employment. The defendant's misleading statements caused a
negative impact on the plaintiff's ability to find employment, highly offensive and
damaged the Plaintiff's reputation.

Element 4: The defendant published the information with reckless disregard as to its offensiveness.
iv.   See Exhibit B: The defendant published malicious statements, after receiving first hand
feedback from CCDC, HQ to the contrary.

2. Discussion

Element 1: The defendant published information about the plaintiff. Exhibit A: Senior Rater Remarks:

i.   **Defendant's Statement:** "Mr. Morris Lyle was selected as the WDI (TDD) Executive Officer, however he
passed up this assignment to take a temporary promotion as a DB-3 CAT2 serving as a CCDC Liaison Officer
at Aberdeen Proving Ground. In this role, Mr. Lyle served as the action officer for lethality where he
evaluated R-Forms and served as the tasker officer for the lethality portfolio, Mr. Lyle supported the
gathering of 6-3 transition agreements and evaluated them prior to S&T efforts transitioning to a PM
Office. While serving in this role, Mr. Lyle supported all tasks as required and met expectations.
Though Mr. Lyle performed the role with sound technical judgement, he struggled with providing proper
and timely communication back to WDI in his LNO capacity. After serving in the CCDC LNO position, Mr.
Lyle came back to the Tech Management Front Office (TMFO) and was unplaced and worked to secure
customer funding. Mr. Lyle was offered a position within LTAMDS which he initially refused to report.
In this In this role, he is responsible for IFF and Frequency Allocation. Given, Mr. Lyle's past experiences

False Light Claim
1 September 2020

in this field, he should thrive very well in this new assignment. Going forward, Mr. Lyle would greatly benefit from focused improvement in the areas of communication, building working relations and customer relations."

Element 2: The information portrayed the plaintiff in a false or misleading light.

i.  Defendant's Statement: "Mr. Morris Lyle was selected as the WDI (TDD) Executive Officer, however he passed up this assignment to take a temporary promotion as a DB-3 CAT2 serving as a CCDC Liaison Officer at Aberdeen Proving Ground.

   - The Plaintiff competed, received and accepted a temporary promotion with the U.S. Army Combat Capabilities Development Command (CCDC), Headquarters (HQ) in Aberdeen Proving Ground (APG), Maryland to serve as the Missile Science and Technology Liaison Officer.

   Rebuttal: This statement is irrelevant to the objectives of the Plaintiff's performance. The Defendants statement is illogical and insinuates the Plaintiff abandoned an opportunity, in actuality the Plaintiff competed and received a higher position. The Defendant's statement only serves to set the tempo for other malicious and misleading statements.

ii.  Defendant's Statement: "While serving in this role, Mr. Lyle supported all tasks as required and met expectations."

   Rebuttal: The plaintiff went beyond meeting expectations. The plaintiff exceeded expectations as evidenced in Exhibits B, C and D. This statement by the defendant attempts to minimize the Plaintiff's accomplishments, although the Defendant had received feedback from CCDC, HQ acknowledging the Plaintiff's outstanding performance. The Defendant received notification of feedback from CCDC, HQ via an email forwarded from a subordinate on 13 Jan 2020. (see Exhibit B).

iii.  Defendant's Statement: "Though Mr. Lyle performed the role with sound technical judgement, he struggled with providing proper and timely communication back to WDI in his LNO capacity."

   - See Exhibit B: Excerpt from Feedback from CCDC-HQ (routed to the Defendant on 13 January 2020)

      "-- this is a brief note regarding Lyle's temporary assignment with our G5 team.
      ▪ As the Senior Aviation and Missile portfolio analyst, Mr. Morris made many valuable contributions to our CCDC mission.
      ▪ Lyle expertly developed the reviewing process for the AMD stage gate reviews, managed/codified transition agreements oversight and supported AvMC's inputs to the POM submission for FY22-26.
      ▪ A quite professional, he diligently establish relationships by collaborating with teammates across CCDC HQs/ subordinate organizations, AFC, and HQDA which will result in long-lasting impacts to the Future Force Modernization Enterprise.
      ▪ I am proud to have served with him as he returns to your AvMC team. Upon his departure, Mr. Morris received a 2-Star Note and a well-earned Coin of Excellence from the CG. Our team is better because of Lyle, he will be missed."

   - See Exhibit C: Excerpt from 2-Star Note from MG George (Major General, U.S. Army)

False Light Claim
1 September 2020

"Additionally, your outstanding leadership, subject matter expertise, and diligent collaboration with CCDC leadership, CCDC's subordinate organizations, Army Futures Command, and Department of the Army will have lasting impacts on the Future Force Modernization Enterprise.

Morris, you will be missed at CCDC HQ. I am proud that you were a member of our team and wish you great success in your future endeavors."

Rebuttal: As stated by the Division Chief at CCDC, HQ and a 2-Star General, the plaintiff provided proper and timely communications back to his subordinate organizations, as well as AFC, and HQDA. The plaintiff exceeded expectations as evidenced in Exhibits B, C and D. This statement by the defendant is erroneous and secondhand information. The Defendant published misleading statements, although, he had previously received feedback from CCDC, HQ acknowledging the Plaintiff's outstanding performance. The Defendant received notification of feedback from CCDC, HQ via an email forwarded from his subordinate, Division Chief, S3I on 13 Jan 2020. (see Exhibit B).

iv. Defendant's Statement: "After serving in the CCDC LNO position, Mr. Lyle came back to the Tech Management Front Office (TMFO) and was unplaced and worked to secure customer funding. Mr. Lyle was offered a position within LTAMDS which he initially refused to report."

- LTAMDS is a subset of the LTPO. The Plaintiff was involuntarily removed from my position in LTPO as a Radar Product Lead while deployed in Afghanistan. After being involuntarily removed from my position as a Radar Product Lead in the Lower Tier Project Office (LTPO). I considered the LTPO organization a toxic and hostile environment with systemic organizational prejudices (see Exhibit F). This situation was discussed with the Defendant in a grievance proceeding. The Plaintiff was forced to return to the same office (LTPO) after the Plaintiff's pay was terminated under the Defendant's purview.

Rebuttal: The Defendant's statement is misleading because the Defendant knew, the Plaintiff had previously been involuntarily removed from the same office (see Exhibit F), while deployed in Afghanistan. The Plaintiff did not desire to return to a hostile environment. Secondly, this statement is irrelevant to the objectives of the Plaintiff's performance appraisal.

v. Defendant's Statement: "Going forward, Mr. Lyle would greatly benefit from focused improvement in the areas of communication, building working relations and customer relations."

- See Exhibit B: Excerpt from Feedback from CCDC-HQ (routed to the Defendant on 13 January 2020)

   "-- this is a brief note regarding Lyle's temporary assignment with our G5 team.
   - A quite professional, he diligently establish relationships by collaborating with teammates across CCDC HQs/ subordinate organizations, AFC, and HQDA which will result in long-lasting impacts to the Future Force Modernization Enterprise.

- Exhibit C: Excerpt from 2-Star Note from MG George (Major General, U.S. Army)

   "Additionally, your outstanding leadership, subject matter expertise, and diligent collaboration with CCDC leadership, CCDC's subordinate organizations, Army Futures

Page 3 of 4

False Light Claim
1 September 2020

Command, and Department of the Army will have lasting impacts on the Future Force Modernization Enterprise.

As stated by the Division Chief at CCDC, HQ, the plaintiff diligently establish relationships by collaborating with teammates across CCDC HQs/ subordinate organizations, AFC, and HQDA . The plaintiff exceeded expectations as evidenced in Exhibits B, C and D.  This statement by the defendant is an opinion without substantive facts and is untrue.

Rebuttal:  Again, the Defendant published misleading statements, although, he had previously received feedback from CCDC, HQ acknowledging the Plaintiff's outstanding performance. The Defendant received notification of feedback from CCDC, HQ via an email forwarded from his subordinate on 13 Jan 2020. (see Exhibit B).

Element 3:  The information is highly offensive or embarrassing to a reasonable person of ordinary sensibilities.

    I.    See Exhibit A:  Senior Rater Remarks.  The defendant's misleading statements will have negatively impact on the plaintiff's ability to seek employment.  The Defendant's Remarks have done damage to the plaintiff's character and reputation.  Statements made by Defendant against the plaintiff's character and the way the plaintiff conducts business are completely misleading, baseless and untrue.  The Defendant's statements have caused the Plaintiff emotional harm to include mental anguish, inconvenience and loss of enjoyment of life.  The defendant's misleading statements had a negative impact on the plaintiff's ability to find employment and are highly offensive.

Element 4:  The defendant published the information with reckless disregard as to its offensiveness.

    i.    See Exhibit B:  The defendant published malicious statements, after receiving first hand feedback from CCDC, HQ to the contrary.

    ii.    The plaintiff exceeded expectations as evidenced in Exhibits B, C and D.  The statements by the defendant are erroneous, at times irrelevant and secondhand. The Defendant published false and misleading statements, although, he had previously received feedback from CCDC, HQ acknowledging the Plaintiff's outstanding performance, as evidenced in Exhibits B, C and D.

3.  Summary

The Defendant is liable for false light, because:
- The defendant published misleading information about the plaintiff.
- The information portrayed the plaintiff in a false or misleading light.
- The information is highly offensive and embarrassing to the plaintiff and to any reasonable person of ordinary sensibilities.
- The defendant knowingly published false and misleading information about the plaintiff with reckless disregard as to its offensiveness.

cc:

Dr. Juanita Christensen

# Exhibit A

## Information Published by the Defendant about the Plaintiff

C 50-69

Unsatisfactory 0-49

## Payout

New Adjusted Pay Recommended

$0

Bonus Recommended

$0

*Includes Locality Pay/Staffing Supplement

Senior Rater Remarks :

Mr. Morris Lyle was selected as the WDI (TDD) Executive Officer, however he passed up this assignment to take a temporary promotion as a DB-3 CAT2 serving as a CCDC Liaison Officer at Aberdeen Proving Ground. In this role, Mr. Lyle served as the action officer for lethality where he evaluated R-Forms and served as the tasker officer for the lethality portfolio. Mr. Lyle supported the gathering of 6-3 transition agreements and evaluated them prior to S&T efforts transitioning to a PM Office. While serving in this role, Mr. Lyle supported all tasks as required and met expectations. Though Mr. Lyle performed the role with sound technical judgement, he struggled with providing proper and timely communication back to WDI in his LNO capacity.   After serving in the CCDC LNO position, Mr. Lyle came back to the Tech Management Front Office (TMFO) and was unplaced and worked to secure customer funding. Mr. Lyle was offered a position within LTAMDS which he initially refused to report. In this In this role, he is responsible for IFF and Frequency Allocation. Given, Mr. Lyle's past experiences in this field, he should thrive very well in this new assignment.   Going forward, Mr. Lyle would greatly benefit from focused improvement in the areas of communication, building working relationships and customer relations.

### Acknowledgement

| Role | Printed Name | Organization Symbol | Initials | Date |
|------|-------------|---------------------|----------|------|
| Senior Rater | SCIARONI, LOUIS, J | AME-C | LJS7/15/2020 | 7/15/2020 1:14:24 PM |
| Rater | CYLAR, RASHAD, D | AME-C | RDC7/15/2020 | 7/15/2020 3:04:59 PM |
| Ratee | LYLE, MORRIS, | AME-C | Refused7/21/2020 | 7/21/2020 9:36:44 PM |

Files

No files have been uploaded.

# Exhibit B

## Feedback from CCDC HQ
### (i.e. narrative input from the Host Organization)

## FW: Mr. Morris Lyle -- end of duty at CCDC HQs // feedback (UNCLASSIFIED)

Wiley, Michael E CIV USARMY PEO AVN (USA)
Sent: Monday, January 13, 2020 1:31 PM
To:  Lyle, Morris CIV USARMY CCDC AVMC (USA)
Cc:  Sciaroni, Louis J CIV USARMY FUTURES COMMAND (USA)


Great Job Morris!

-----Original Message-----
From: Ugarte, Manuel A LTC USARMY FUTURES COMMAND (USA) <manuel.a.ugarte.mil@mail.mil>
Sent: Monday, January 13, 2020 3:47 AM
To: West, Terrance R CIV USARMY CCDC AVMC (USA) <terrance.r.west.civ@mail.mil>; Kimbel, James A CIV USARMY CCDC AVMC
(USA) <james.a.kimbel.civ@mail.mil>; Wiley, Michael E CIV USARMY PEO AVN (USA) <michael.e.wiley.civ@mail.mil>
Cc: Dzwonchyk, James D (Jim) COL USARMY CCDC (USA) <james.d.dzwonchyk.mil@mail.mil>
Subject: Mr. Morris Lyle -- end of duty at CCDC HQs // feedback (UNCLASSIFIED)

CLASSIFICATION: UNCLASSIFIED

Hello Gents -- this is a brief note regarding Lyle's temporary assignment with our G5 team.

As the Senior Aviation and Missile portfolio analyst, Mr. Morris made many valuable contributions to our CCDC mission.
Lyle expertly developed the reviewing process for the AMD stage gate reviews, managed/codified transition agreements
oversight and supported AvMC's inputs to the POM submission for FY22-26.

A quite professional, he diligently establish relationships by collaborating with teammates across CCDC HQs/ subordinate
organizations, AFC, and HQDA which will result in long-lasting impacts to the Future Force Modernization Enterprise.

I am proud to have served with him as he returns to your AvMC team.  Upon his departure, Mr. Morris received a 2-Star
Note and a well-earned Coin of Excellence from the CG.

Our team is better because of Lyle, he will be missed.

Army Strong!

Manny

V/r

LTC Manuel A. Ugarte
Chief (A), Science & Technology Portfolio Integration Division Plans, Programs, and Assessments (G5) US Army Combat
Capabilities Development Command

O:  410-278-5822
C:  443-693-2309
manuel.a.ugarte.mil@mail.mil


-----Original Message-----
From: Lyle, Morris CIV USARMY CCDC AVMC (USA)
Sent: Friday, January 10, 2020 9:15 AM
To: West, Terrance R CIV USARMY CCDC AVMC (USA) <terrance.r.west.civ@mail.mil>; Wiley, Michael E CIV USARMY PEO AVN
(USA) <michael.e.wiley.civ@mail.mil>; Ugarte, Manuel A LTC USARMY FUTURES COMMAND (USA) <manuel.a.ugarte.mil@mail.mil>
Cc: Franco, Juan M CIV USARMY CCDC (USA) <juan.m.franco6.civ@mail.mil>; Rusin, Daniel S CIV USARMY FUTURES COMMAND (USA)
<daniel.s.rusin.civ@mail.mil>
Subject: REVISED : G5 PI - AMD AAR_Lyle

1.  See attached  Revised After Action Report (AAR). (Includes updated LRPF CFT slide)

2.  This AAR is also posted to the SharePoint, link:  https://spcs8.kc.army.mil/G5/PI/SitePages/AdminDocs.aspx


Morris Lyle
G5 - Plans, Programs, and Assessments
U.S. Army Combat Capabilities Development Command Bldg 3071; Aberdeen Proving Ground, MD 21005 morris.lyle.civ@mail.mil
410.278.5623 (Office)  ***NEW***
256.479.0295 (cell)


CLASSIFICATION: UNCLASSIFIED

# Exhibit C

## 2 - Star Note from the CCDC HQ, Commanding General



December 16, 2019

Mr. Morris Lyle
307 Honor Way
Madison, Alabama 35758

Dear Mr. Lyle,

Thank you for your dedicated service as a Senior Portfolio Analyst at U.S. Army Combat Capabilities Development Command (CCDC) from July 2019 to January 2020. I appreciate your commitment to excellence and the outstanding assistance you provided to the Soldiers and Civilians.

As a Senior Aviation and Missile Portfolio Analyst, you made many valuable contributions to the Army and CCDC mission. You expertly developed the reviewing process for your project's stage gate reviews, transition agreements and support to CCDC AvMC's inputs to the POM submission for FY22-26. Additionally, your outstanding leadership, subject matter expertise, and diligent collaboration with CCDC leadership, CCDC's subordinate organizations, Army Futures Command, and Department of the Army will have lasting impacts on the Future Force Modernization Enterprise.

Morris, you will be missed at CCDC HQ. I am proud that you were a member of our team and wish you great success in your future endeavors. On behalf of the CCDC HQ staff, I thank and commend you for a job well done. Please accept my best wishes for continued success, good health, and much happiness!

Army Strong!

Sincerely,

John A. George
Major General, U.S. Army
Commanding

## Exhibit D

## Coin of Excellence from the CCDC HQ, Commanding General



**Exhibit E**

Plaintiff's Performance Appraisal

# LYLE, MORRIS, (7/1/2019-6/30/2020)

| | |
|---|---|
| **Period Covered** | **Appraisal State** |
| From 7/1/2019 to 6/30/2020 | Appraisal Finished |
| **Name** | **Occupational Family / Series** |
| LYLE, MORRIS, | D8-03 / 000801 |
| **Rater** | **Senior Rater** |
| CYLAR, RASHAD, D | SCIARONI, LOUIS, J |

Mutually Developed Performance Objectives

### 1. TECHNICAL COMPETENCE
Work is timely, efficient, and of acceptable quality. Completed work meets projects/programs objectives. Flexibility, adaptability, and decisiveness are exercised appropriately. Resolution of problems requires mastery of the field to develop new hypotheses or fundamental new concepts. Assesses and provides strategic direction for resolution of mission critical problems, policies, and procedures. Works to define, integrate, and implement strategic direction for vital programs with long-term impact on large numbers of people. Initiates actions to resolve major organizational issues. Promulgates innovative solutions and methodologies.

### 2. Complete all mandatory training courses and work towards completion of continuous learning point and acquisition certification requirements

### 3. WORKING RELATIONSHIPS
Work is timely, efficient, and of acceptable quality. Personal and organizational interactions exhibit and foster cooperation and teamwork. Flexibility, adaptability, and decisiveness are exercised appropriately. Leads/guides/mentors workforce in dealing with complex problems. Solves broad organizational issues. Implements strategic plans within and across organizational components. Ensures a cooperative teamwork environment. Leads/guides workforce in achieving organizational goals. Participates on high-level teams. Is sought out for consultation.

### 4. COMMUNICATION
Work is timely, efficient, and of acceptable quality. Communications are clear, concise, and at appropriate level. Flexibility, adaptability, and decisiveness are exercised appropriately. Determines and communicates organizational positions on major projects or policies to senior level. Prepares, reviews, and approves major reports or policies of organization for internal and external distribution. Resolves diverse viewpoints/controversial issues. Presents organizational briefings to convey strategic vision or organizational policies.

### 5. RESOURCE MANAGEMENT
Work is timely, efficient, and of acceptable quality. Resources are utilized effectively to accomplish mission. Flexibility, adaptability, and decisiveness are exercised appropriately. Develops, acquires, and allocates resources to accomplish mission goals and strategic objectives. Formulates organizational strategies, tactics, and budget/action plan to acquire and allocate resources. Optimizes, controls, and manages all resources across projects/programs. Develops and integrates innovative approaches to attain goals and minimize expenditures.

### 6. CUSTOMER RELATIONS
Work is timely, efficient, and of acceptable quality. Personal and organizational interactions enhance customer relations and actively promote rapport with customers. Flexibility, adaptability, and decisiveness are exercised appropriately. Leads and manages the organizational interactions with customers from a strategic standpoint. Works to assess and promulgate political, fiscal, and other factors affecting customer and program/project needs. Works with customer at management levels to resolve problems affecting programs / projects (e.g., problems that involve determining priorities and resolving conflicts among customers' requirements). Works at senior level to stimulate customer alliances for program/project support. Stimulates, organizes, and leads overall customer interactions.

### 7. The Missile Science and Technology (S&T) support to RDECOM HQ position will support the Missile S&T Enterprise at RDECOM HQ to include:
   (1) Track programs/projects and coordinate with program/project leaders to provide relevant, accurate and timely technical support and advice to develop RDECOM Strategic Plans & Priorities.
   (2) Serve as interface to Subject Matter Expert (SME) of the Missile S&T Portfolio, maintain a high level of technical, professional

7/30/2020                                        LYLE, MORRIS. - Performance Appraisal Tool (PAT)

competence and awareness.

: (3) Communicate with S&T stakeholders at RDECOM in order to synthesize and present information for decision-makers.

· (4) Accurately and succinctly communicate key missile engineering and technology information to a wide range of technical and non-technical audiences, including GO/SESs, both orally and in writing.

· (5) Support Integrated Product Team (IPT) that will develop plans for integration of RDECOM into the Army Futures Command.

## Verification of Performance Objectives

| Review | Ratee's Initials | Rater's Initials |
|---|---|---|
| Initial | ML7/24/2019 | MEW7/24/2019 |
| MidPoint | ML1/27/2020 | MEW1/15/2020 |

Performance Conference

: Weight Descriptions

Critical Elements

| | Technical Competence | Working Relationships | Communications | Resource Management | Customer Relations | Mgmt / Leadership | Supv. EEO | Total |
|---|---|---|---|---|---|---|---|---|
| Weight Range | 15-50 | 5-15 | 5-15 | 15-50 | 10-50 | 0-50 | 15-50 | Total |
| Weight Assigned | 35 | 15 | 15 | 15 | 20 | | | 100 |

## Agreement On Assigned Weights

| | Initials | Date |
|---|---|---|
| Senior Rater | RDC7/30/2019 | 7/30/2019 |
| Rater | MEW7/24/2019 | 7/24/2019 |
| Ratee | ML7/24/2019 | 7/24/2019 |

## Verification of Performance Conference

| | Date | Ratee's Initials | Rater's Initials |
|---|---|---|---|
| Initial | 7/30/2019 | ML7/30/2019 | MEW7/30/2019 |
| MidPoint | · 1/27/2020 | ML1/27/2020 | MEW1/15/2020 |

Rater Comments :

MidPoint Review

Accomplishment Due Date :

1/8/2020 1:05:51 AM

Accomplishments :

Served as the WDI Liaison Officer (LNO) to CCDC, HQ in Aberdeen Proving Ground, MD: :
Reviewed and coordinated the update of 6.2 funding R-Forms. R-Forms provide a description of the Science and Technology projects funding for the Combat Capabilities Development Command (CCDC) Aviation and Missile Center.
‾ Assisted in developing science and technology (S&T) research strategic plan and drafting documentation for DoD-wide dissemination.
(i.e. Program Book)                                     Page 11 of 18

Maintained broad situational awareness of research and development efforts involving basic research and S&T to include interagency coordination. (CCDC Centers and OGAs)

Provided input into policy formulation through research, analysis, and external coordination. (POM Guidance, POM Execution, Stage Gates, R-Forms, Transition Agreements (TA) and TA Policy, S&T Review Schedules)

.. Prepared weekly reports, information papers, action memoranda, emails, and other basic research and S&T program documents. (Staff Call Coordination and Updates)

_ Assisted in goal setting for the U.S. Army Combat Capabilities Development Command (CCDC) and to continued assessment of progress toward established goals. (DA/OSD Core Competencies)

Assisted the Centers and the Director for CCDC G5 in developing unfunded requirement papers, issue papers, briefings, and other programmatic documentations. (POM Submission Review and Execution)

Assisted in developing technical content and agendas for programmatic reviews and meetings. (S&T Deep Dives)

Reviewed AvMC developed POM estimate to support the development and integration of cross functional CFT efforts which include all proposed zero-sum adjustments, all Unfunded Requirements (UFRs) and the tasks against the associated funding profile.

·· Provided Missile Science and Technology (S&T) support to CCDC, HQ in order to support Missile S&T Enterprise at CCDC, HQ.

· Tracked programs/projects and coordinated with program/project leaders to provide relevant, accurate and timely technical support and advice to develop CCDC Strategic Plans & Priorities.

Served as interface to Subject Matter Expert (SME) of the Missile S&T Portfolio, maintained a high level of technical, professional competence and awareness.

Communicated with S&T stakeholders at CCDC in order to synthesize and present information for decision-makers.

Accurately and succinctly communicated key missile engineering and technology information to a wide range of technical and non-technical audiences, including GO/SESs, both orally and in writing.

Supported Integrated Product Team (IPT) that developed plans for integration of CCDC into the Army Futures Command.

¯ Coordinated the review of the CCDC Strategic Communications Plan. The purpose of this plan is to synchronize Command-wide communications in support of the Army Modernization Priority Air and Missile Defense (AMD).

. Reviewed and coordinated the update of Stage Gate documents. Stage Gate provide a description of the technical approach, cost and schedule, and progress of Science and Technology projects.

_ Reviewed Reference: Policy on Transition Agreements for Army Science and Technology Projects.

. Reviewed and provided comments on the Transition Agreement between Combat Capabilities Development Command Aviation and Missile Center Aviation Development Directorate and PEO Aviation Future Long Range Assault Aircraft Project Office and Aviation Capability Development and Integration Directorate.

Employee Initials :

ML1/2/2020
Accomplishment Initial Date :

1/2/2020 7:20:42 AM

Rater Comments :

**Acknowledgement**

| Role | Printed Name | Organization Symbol | Initials | Date |
|------|-------------|---------------------|----------|------|
| Senior Rater | TUCKER, AUDREY, J | AME-C | N/A | |
| Rater | WILEY, MICHAEL, E | AME-C | MEW1/15/2020 | 1/15/2020 10:15:38 AM |
| Ratee | LYLE, MORRIS, | AME-C | ML1/27/2020 | 1/27/2020 11:44:36 AM |


Final Review

Accomplishment Due Date :

7/8/2020 1:05:13 AM

Accomplishments :

Served as the WDI Liaison Officer (LNO) to CCDC, HQ in Aberdeen Proving Ground, MD:
Reviewed and coordinated the update of 6.2 funding R-Forms. R-Forms provide a description of the Science and Technology projects funding for the Combat Capabilities Development Command (CCDC) Aviation and Missile Center.

Assisted in developing science and technology (S&T) research strategic plan and drafting documentation for DoD-wide dissemination.

(i.e. Program Book)

☐ Maintained broad situational awareness of research and development efforts involving basic research and S&T to include interagency coordination. (CCDC Centers and OGAs)

. Provided input into policy formulation through research, analysis, and external coordination. (POM Guidance, POM Execution, Stage Gates, R-Forms, Transition Agreements (TA) and TA Policy, S&T Review Schedules)

⁻ Prepared weekly reports, information papers, action memoranda, emails, and other basic research and S&T program documents. (Staff Call Coordination and Updates)

˙ Assisted in goal setting for the U.S. Army Combat Capabilities Development Command (CCDC) and to continued assessment of progress toward established goals. (DA/OSD Core Competencies)

˙ Assisted the Centers and the Director for CCDC G5 in developing unfunded requirement papers, issue papers, briefings, and other programmatic documentations. (POM Submission Review and Execution)

_ Assisted in developing technical content and agendas for programmatic reviews and meetings. (S&T Deep Dives)

˙ Reviewed AvMC developed POM estimate to support the development and integration of cross functional CFT efforts which include all proposed zero-sum adjustments, all Unfunded Requirements (UFRs) and the tasks against the associated funding profile.

˙ Provided Missile Science and Technology (S&T) support to CCDC, HQ in order to support Missile S&T Enterprise at CCDC, HQ.

⁻ Tracked programs/projects and coordinated with program/project leaders to provide relevant, accurate and timely technical support and advice to develop CCDC Strategic Plans & Priorities.

⁻ Served as interface to Subject Matter Expert (SME) of the Missile S&T Portfolio, maintained a high level of technical, professional competence and awareness.

Communicated with S&T stakeholders at CCDC in order to synthesize and present information for decision-makers.

_ Accurately and succinctly communicated key missile engineering and technology information to a wide range of technical and non-technical audiences, including GO/SESs, both orally and in writing.

⁻ Supported Integrated Product Team (IPT) that developed plans for integration of CCDC into the Army Futures Command.

˙ Coordinated the review of the CCDC Strategic Communications Plan. The purpose of this plan is to synchronize Command-wide communications in support of the Army Modernization Priority Air and Missile Defense (AMD).

Reviewed and coordinated the update of Stage Gate documents. Stage Gate provide a description of the technical approach, cost and schedule, and progress of Science and Technology projects.

∴ Reviewed Reference: Policy on Transition Agreements for Army Science and Technology Projects.

. Reviewed and provided comments on the Transition Agreement between Combat Capabilities Development Command Aviation and Missile Center Aviation Development Directorate and PEO Aviation Future Long Range Assault Aircraft Project Office and Aviation Capability Development and Integration Directorate.

Employee Initials :

ML7/13/2020
Accomplishment Initial Date :

7/13/2020 7:49:51 AM

## Performance Appraisal

| Critical Elements | Technical Competence | Working Relationships | Communications | Resource Management | Customer Relations | Mgmt / Leadership | Supv. EEO | |
|---|---|---|---|---|---|---|---|---|
| Weight Range | 15-50 | 5-15 | 5-15 | 15-50 | 10-50 | 0-50 | 15-50 | Total |
| Weight Assigned | 35 | 15 | 15 | 15 | 20 | | | 100 |
| Rating | 33 | 11 | 10 | 13 | 16 | | | 83 |

## Ratings

A 85-100

B 70-84

Page 13 of 18

C 50-69

Unsatisfactory 0-49

## Payout

New Adjusted Pay Recommended

$0                                                                                          ˷

Bonus Recommended

$0

*Includes Locality Pay/Staffing Supplement*

Senior Rater Remarks :

Mr. Morris Lyle was selected as the WDI (TDD) Executive Officer, however he passed up this assignment to take a temporary promotion as a DB-3 CAT2 serving as a CCDC Liaison Officer at Aberdeen Proving Ground. In this role, Mr. Lyle served as the action officer for lethality where he evaluated R-Forms and served as the tasker officer for the lethality portfolio. Mr. Lyle supported the gathering of 6-3 transition agreements and evaluated them prior to S&T efforts transitioning to a PM Office. While serving in this role, Mr. Lyle supported all tasks as required and met expectations. Though Mr. Lyle performed the role with sound technical judgement, he struggled with providing proper and timely communication back to WDI in his LNO capacity.   After serving in the CCDC LNO position, Mr. Lyle came back to the Tech Management Front Office (TMFO) and was unplaced and worked to secure customer funding. Mr. Lyle was offered a position within LTAMDS which he initially refused to report. In this In this role, he is responsible for IFF and Frequency Allocation. Given, Mr. Lyle's past experiences in this field, he should thrive very well in this new assignment.   Going forward, Mr. Lyle would greatly benefit from focused improvement in the areas of communication, building working relationships and customer relations.

**Acknowledgement**

| Role | Printed Name | Organization Symbol | Initials | Date |
|------|-------------|---------------------|----------|------|
| Senior Rater | SCIARONI, LOUIS, J | AME-C | LJS7/15/2020 | 7/15/2020 1:14:24 PM |
| Rater | CYLAR, RASHAD, D | AME-C | RDC7/15/2020 | 7/15/2020 3:04:59 PM |
| Ratee | LYLE, MORRIS, | AME-C | Refused7/21/2020 | 7/21/2020 9:36:44 PM |

Files

No files have been uploaded.

**Exhibit F**

Plaintiff's Grievance in Regards to Involuntarily Removal from LTPO

1st Step Grievance:    Mr. Morris Lyle                          10 June 2020
Amended 15 June 2020.

Employee:      Mr.Morris Lyle
               Organization: CCDC
               S3I Directorate
               C 256.479.0295
               Morris.lyle.civ@mail.mil

Supervisor:    Mr. Rashad Cylar
               Chief, Defense Systems Division
               AvMC S3I Tech Management
               FCDD-AMS-X
               C 256.763.3649
               rashad.d.cylar.civ@mail.mil

2nd Line       Ms. Suzanne Birdsong
               CCDC AvMC  FCDD-AMS
               (256) 842-1571

Representative: Mr. Timothy Pallone
               AFGE Local 1858
               CCDC Assistant Vice President for Professionals
               timothy.t.pallone.civ@mail.mil


1. IAW Article 9 of the Collective Bargaining Agreement (CBA), Mr. Lyle invokes the 1st step grievance process. Contended violations are Articles 33, 37 & 46 and other related articles, rules and regulations.  Mr. Lyle contends the following:

   Mr. Lyle was treated unfair and discriminated against on the basis of reprisal when Mr. Lyle did the following:

   a. Having been slated for promotion by more than one Product Manager, while in the LTPO organization.  I was repeatedly denied opportunities for advancement by the LTPO Front Office Management.  This is a violation of Articles 46 of the CBA
   b. While deployed in Afghanistan, I was involuntarily removed from my position as a Radar Product Lead in the Lower Tier Project Office (LTPO).  I was the most senior member, working in LTPO for 12 years.  No explanation for my removal was given.  This was a violation of the civilian deployment "Return Rights" rules.  I was illegally removed from my position in LTPO as a Radar Product Lead, lost seniority and to date have not found a comparable position.  This is a violation of Articles 33, 37 and 46 of the CBA.
   c. Upon my return to Redstone Arsenal from Afghanistan, I was placed on Overhead, then forced to accept a position in the Test, Measurement & Diagnostic Equipment (TMDE) Product Office. (I was told, if I didn't accept

the position, I would be written up for insubordination). The TMDE position was not a leadership position and not in my technical specialty. This is a violation of Articles 37 and 46 of the CBA. After 4 months in TMDE, the second level supervisor removed me from TMDE. No explanation was provided. I was aggressive pressured to take a position in TMDE by management, then removed. This was mental anguish and inconvenience in the work environment, because, I was pushed into an unfamiliar discipline. This is a violation of Article 37 of the CBA.

d.  Since, January 2020, I have been on Overhead. Management has not provided any job prospects, other than returning to LTPO, the hostile environment, the organization, in which, I was forcibly removed. I have repeatedly informed my present management that in my regards, LTPO is a hostile environment, due to my prior forcible removal. No alternative resolution was offered by management. This is a violation of Article 46 of the CBA.

e.  After being repeatedly denied opportunities for advancement and involuntarily removed from my position as a Radar Product Lead in the Lower Tier Project Office (LTPO). I consider the LTPO organization a toxic and hostile environment with systemic organizational prejudices.

My official representative for this action is Mr. Timothy Pallone.

2.  Remedy:

a.  Be assigned to a Radar, Communications, or Satellite engineer position, outside of the LTPO umbrella.

b.  Grant Compensatory and Punitive Damages in the amount of $300,000 for the emotional harm suffered to include loss of seniority, mental anguish, inconvenience and loss of enjoyment of life for those violations surrounding my unlawful removal from my position while deployed in Afghanistan.

c.  I should be made whole and be granted any other relief deemed appropriate.

End